**Order filed July 26, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00099-CR

———————

**CHRISTOPHER LEE BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 421st District Court**
**Caldwell County, Texas**
**Trial Court Cause No. 19-065**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits 1, 1A, 2, 2A and 3.**

The clerk of the 421st District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 1, 1A, 2, 2A and 3, on or before **August 12, 2021.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 1, 1A, 2, 2A and 3, to the clerk of the 421st District Court.


PER CURIAM


Panel Consists of Justices Jewell, Spain and Wislon